AMY KARLIN (Bar No. 150016)
Federal Public Defender
CUAUHTEMOC ORTEGA (Bar No. 257443)
Chief Deputy Federal Public Defender
(Email: cuauhtemoc_ortega@fd.org)
CHRISTY O'CONNOR (Bar No. 250350)
(Email: christy_o'connor@fd.org)
Deputy Federal Public Defender
321 East Second Street,
Los Angeles, California 90012-4202
(213) 894-2854
(213) 894-0081 FAX

Attorneys for Defendant
ALI F. ELMEZAYEN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| UNITED STATES, | Case No. CR 18-809-JFW |
|---|---|
| Plaintiff, | **SUPPLEMENT TO ALI F. ELMEZAYEN'S NOTICE OF ELECTION NOT TO FILE SENTENCING POSITION PAPER** |
| v. | |
| ALI F. ELMEZAYEN, | Hearing Date: April 20, 2020 |
| Defendant. | Hearing Time: 8:00 a.m. |
| | Location: Courtroom of the Hon. John F. Walter |

Defendant Ali Elmezayen, through his counsel, Deputy Federal Public Defenders Cuauhtemoc Ortega and Christy O'Connor, hereby files this supplement to his previously filed notice of election not to file a sentencing position paper:

//

//

As stated at the March 16, 2020 hearing regarding the Government's *Ex Parte* Application for Preliminary Order of Forfeiture and Application for Entry of Money Judgment, (Docket Nos. 393, 394), Mr. Elmezayen, for purposes of preserving his record, objects to the factual assertions in the Presentence Report related to the offense conduct - in particular, paragraphs 9 through 34.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: March 23, 2020    By /s/ Cuauhtemoc Ortega & Christy O'Connor

CUAUHTEMOC ORTEGA
Chief Deputy Federal Public Defender

CHRISTY O'CONNOR
Deputy Federal Public Defender