TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
DAVID T. RYAN (Cal. Bar No. 295785)
Assistant United States Attorney
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Asset Forfeiture Section
    1100/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2435/4491/2727
    Facsimile: (213) 894-6269/2927/0142
    E-mail:   alex.wyman@usdoj.gov
                david.ryan@usdoj.gov
                jonathan.galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-809(A)-JFW |
|---|---|
| Plaintiff, | STIPULATION FOR ENTRY OF FINAL ORDER OF FORFEITURE |
| v. | [PROPOSED ORDER LODGED HEREWITH] |
| ALI F. ELMEZAYEN,<br>  aka "Ali Sayed," | |
| Defendant. | |

1.   Plaintiff United States of America and Petitioner Rabab Diab hereby agree and stipulate as follows:

2.   On March 16, 2020, the Court entered a Preliminary Order of Forfeiture ("POF"), ordering the forfeiture of defendant Ali F. Elmezayen's interest in $80,000.00 in bank funds seized from JP Morgan Chase Bank account '3504, having found that the funds, a portion of the monies paid in response to claims on the referenced

insurance policies, represented proceeds of the crimes of defendant's conviction.

3. Also on March 16, 2020, the Court entered a money judgment of forfeiture, requiring defendant to "forfeit to the United States the sum of $181,751.70" (representing the amount of insurance proceeds paid that were not recovered by the government) and allowing the government to, "at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $181,751.70 to satisfy the money judgment in whole or in part." (Dkt. 404 at 2.) On June 4, 2020, the Court entered an order amending the money judgment, ordering that $167,544.42 in bank funds seized on or about April 24, 2020, be applied in partial satisfaction of the outstanding money judgment. (Dkt. 421.)

4. Each of the POF and order amending the money judgment instructed the government to commence an "ancillary proceeding" pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure, during which third parties were to be given an opportunity to claim an interest in the property identified in the POF and amended money judgment, and have their alleged interests adjudicated pursuant to Rule 32.2(c). (*See* Dkt. 403, 421). To that end, the government was ordered to (a) publish notice of the POF and amended money judgment; and (b) to the extent practicable, provide written notice to any person known to have an alleged interest in the property subject to forfeiture therein. *Id.*

5. The government has complied with its obligations. Beginning on March 24, 2020, and ending on April 22, 2020, the United States caused to be published on an official government internet site

2

(www.forfeiture.gov) notice of the forfeiture of the $80,000.00 seized from JP Morgan Chase Bank account '3504; and, beginning on June 9, 2020, and ending on July 8, 2020, the United States caused to be published on www.forfeiture.gov notice of the forfeiture of the $167,544.42 applied to the amended money judgment. (See Dkt 414, 433.) Each of the notices advised of the government's intent to dispose of the listed funds in accordance with law and as specified in the POF and amended money judgment, and further notified all eligible third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the seized funds. The sole petition was filed by Rabab Diab ("Petitioner").

6. No other parties have filed petitions in this proceeding, and the time for filing such petitions has expired. Entry of the final order of forfeiture is proper because the public notice provisions governing criminal forfeiture have been met. The parties to this stipulation hereby request that a Final Order of Forfeiture be entered, and the property identified therein be disposed of as follows:

    a. The sum of $167,544.42, without interest, will be returned to Petitioner; and

    b. The remaining $80,000.00 plus the interest earned on the entire amount of the seized funds will be forfeited to the United States of America and no other right, title or interest shall exist therein. The Government will dispose of the funds in accordance with law.

7. Petitioner has released the United States of America, its agencies, agents, and officers, including, without limitation, employees and other representatives of the Federal Bureau of Investigation, from any and all claims, defenses, actions, or liabilities arising out of or related to this action against seized funds, including, without limitation, any and all claims for attorneys' fees, costs, or interest which may be asserted by her or on her behalf.

8. The parties shall bear their own costs and attorneys' fees in this action.

//

//

9. The Court shall retain jurisdiction over this matter to enforce the provisions of the Final Order of Forfeiture.

| | |
|---|---|
| Dated: February 17, 2021 | TRACY L. WILKISON<br>Acting United States Attorney<br>BRANDON D. FOX<br>Assistant United States Attorney<br>Chief, Criminal Division<br>ALEXANDER C.K. WYMAN<br>Assistant United States Attorney<br>DAVID T. RYAN<br>Assistant United States Attorney<br><br>  /s/*Jonathan Galatzan*  <br>JONATHAN GALATZAN<br>Assistant United States Attorney<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: February 17, 2021 |   /s/ (per e-mail authorization)  <br>ZEIN E. OBAGI, JR.<br>OBAJI LAW GROUP, PC<br><br>Attorney for Petitioner<br>Rabab Diab |