UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-809(A)-JFW |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ALI F. ELMEZAYEN, aka "Ali Sayed," | |
| Defendant. | |

On March 16, 2020, this Court entered a Preliminary Order of Forfeiture ("POF"), ordering the forfeiture of defendant Ali F. Elmezayen's interest in $80,000.00 in bank funds seized from JP Morgan Chase Bank account '3504, having found that the funds, a portion of the monies paid in response to claims on the referenced insurance policies, represented proceeds of the crimes of defendant's conviction.

Also on March 16, 2020, this Court entered a money judgment of forfeiture, requiring defendant to "forfeit to the United States the sum of $181,751.70" (representing the amount of insurance proceeds paid that were not recovered by the government) and allowing the government to, "at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $181,751.70 to satisfy the money judgment in whole or in

part." (Dkt. 404 at 2.) On June 4, 2020, this Court entered an order amending the money judgment, ordering that $167,544.42 in bank funds seized on or about April 24, 2020, be applied in partial satisfaction of the outstanding money judgment. (Dkt. 421.)

Beginning on March 24, 2020, and ending on April 22, 2020, the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of the forfeiture of the $80,000.00 seized from JP Morgan Chase Bank account '3504; and, beginning on June 9, 2020, and ending on July 8, 2020, the United States caused to be published on www.forfeiture.gov notice of the forfeiture of the $167,544.42 applied to the amended money judgment. (*See* Dkt. 414, 433.) Each of the notices advised of the government's intent to dispose of the listed funds in accordance with law and as specified in the POF and amended money judgment, and further notified all eligible third parties of their right to petition this Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the seized funds. The sole petition was filed by Rabab Diab ("Petitioner").

No other parties have filed petitions in this proceeding, and the time for filing such petitions has expired. Entry of the final order of forfeiture is proper because the public notice provisions governing criminal forfeiture have been met.

The United States of America and Petitioner have requested that a Final Order of Forfeiture be entered pursuant to the terms of their stipulation filed concurrently herewith.

**IT IS THEREFORE HEREBY ORDERED, ADJUDGED, AND DECREED** that the property identified in the POF and the amended money judgment be

disposed of as follows:

    a.   The sum of $167,544.42, without interest, will be returned to Petitioner; and

    b.   The remaining $80,000.00 plus the interest earned on the entire amount of the seized funds will be forfeited to the United States of America and no other right, title, or interest shall exist therein. The government will dispose of the funds in accordance with law.

Petitioner has released the United States of America, its agencies, agents, and officers, including, without limitation, employees and other representatives of the Federal Bureau of Investigation, from any and all claims, defenses, actions, or liabilities arising out of or related to this action against seized funds, including, without limitation, any and all claims for attorneys' fees, costs, or interest which may be asserted by her or on her behalf.

The parties shall bear their own costs and attorneys' fees in this action.

This Court shall retain jurisdiction over this matter to enforce the provisions of the Final Order of Forfeiture.

DATED: February 18, 2021

                                      THE HONORABLE JOHN F. WALTER
                                      UNITED STATES DISTRICT JUDGE

PRESENTED BY:

    /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section

3